# BROWER PIVEN

BRIAN C. KERR
kerr@browerpiven.com

A PROFESSIONAL CORPORATION
475 PARK AVENUE SOUTH, 33RD FLOOR
NEW YORK, NEW YORK 10016
www.browerpiven.com
Telephone (212) 501-9000
Facsimile  (212) 501-0300

August 1, 2014

**BY ECF**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

    Re:    *Bilinski v. The Keith Haring Foundation, Inc.*, 14-cv-1085 (Consolidated)

Dear Judge Cote:

    We write on behalf of Plaintiffs in the above-referenced consolidated action. Pursuant to the Court's July 15, 2014 Order (Dkt. No. 35), we write to advise the Court and Defendants that we intend to amend the Consolidated Amended Complaint. Pursuant to the Court's Order, Plaintiffs will file their amended pleading on August 12, 2014.

                                                    Respectfully Submitted,

                                                    /s/ Brian C. Kerr
                                                    Brian C. Kerr

    cc:    Counsel for Defendants