```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ELIZABETH BILINSKI, et al.,             :
                                        :   14 Civ. 1085 (DLC)
                  Plaintiffs,           :   (Consolidated)
         -v-                            :
                                        :
THE KEITH HARING FOUNDATION, INC., et   :
al.,                                    :   SCHEDULING ORDER
                  Defendants.           :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

By letter of August 1, 2014, Plaintiffs state that they will amend their Consolidated Amended Complaint on August 12. Accordingly, it is hereby

ORDERED that Defendants' July 25, 2014 motion to dismiss the Plaintiffs' Consolidated Amended Complaint is dismissed as moot.

IT IS FURTHER ORDERED that any motion to dismiss Plaintiffs' Second Consolidated Amended Complaint is due **August 29, 2014.** Any opposition is due **September 12.** Any reply is due **September 19.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:   New York, New York
         August 11, 2014

                                  _____
                                            DENISE COTE
                                   United States District Judge