Sarah S. Gold
Margaret A. Dale
Q. Jennifer Yang
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Tel: 212.969.3000
Fax: 212.969.2900
Email: sgold@proskauer.com
Email: mdale@proskauer.com
Email: jyang@proskauer.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ELIZABETH BILINSKI, GEORGE LATHOURAS, LISA CUBISINO, JACQUELINE PETRUZZELLI, ANTHONY PETRUZZELLI, ARTHUR CANARIO, GERALDINE BIEHL, JESUS RAMOS, and LUCAS SCHOORMANS,<br><br>               Plaintiffs,<br><br>    -against-<br><br>THE KEITH HARING FOUNDATION, INC., THE KEITH HARING STUDIO LLC, THE ESTATE OF KEITH HARING, JULIA GRUEN, KRISTEN HARING, GILBERT VAZQUEZ, ALLEN HARING, TOM ECCLES, DAVID STARK, and JUDITH COX,<br><br>               Defendants. | **1:14-cv-01085-DLC**<br><br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |

| | |
|---|---|
| TAMI STURM, MAXINE KOBLEY, STEPHEN KOBLEY, DIANNE DUNCAN, RANDY NICHOLS, INEZ STRYSICK, BEVERLY COSTELLO, BRENDAN COSTELLO, KHRISTOS KARASTATHIS, EVA KARASTATHIS, and GERI BERMAN,<br><br>Plaintiffs,<br><br>-against-<br><br>THE KEITH HARING FOUNDATION, INC., THE KEITH HARING STUDIO LLC, THE ESTATE OF KEITH HARING, JULIA GRUEN, KRISTEN HARING, GILBERT VAZQUEZ, ALLEN HARING, TOM ECCLES, DAVID STARK, and JUDITH COX,<br><br>Defendants. | **1:14-cv-01582-DLC**<br><br>(Consolidated with 1:14-cv-01085-DLC as per July 11, 2014 Order) |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint, the Affidavit of Matthew Barolo sworn to August 27, 2014 and exhibits thereto, the Declaration of Margaret A. Dale dated August 29, 2014 and exhibits thereto, and all prior pleadings and proceedings had herein, Defendants The Keith Haring Foundation, Inc., The Keith Haring Studio LLC, The Estate of Keith Haring, Julia Gruen, Kristen Haring, Gilbert Vazquez, Allen Haring, Tom Eccles, David Stark, and Judith Cox  will respectfully move this Court before the Honorable Denise L. Cote, U.S.D.J., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, Courtroom 15B, at such time and place as the Court may direct, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing all claims with prejudice for failure to state a claim upon which relief can be granted.

2

As Ordered by the Court on August 11, 2014 (Dkt. No. 46), Plaintiffs' opposition shall be filed no later than September 12, 2014, and Defendants' reply shall be filed no later than September 19, 2014.

Dated: August 29, 2014

Respectfully submitted,

PROSKAUER ROSE LLP

By: /s/ Sarah S. Gold
　　　Sarah S. Gold
　　　Margaret A. Dale
　　　Q. Jennifer Yang
　　　PROSKAUER ROSE LLP
　　　Eleven Times Square
　　　New York, New York 10036
　　　Tel: 212.969.3000
　　　Fax: 212.969.2900
　　　Email: sgold@proskauer.com
　　　Email: mdale@proskauer.com
　　　Email: jyang@proskauer.com
　　　*Attorneys for Defendants*