UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELIZABETH BILINSKI, GEORGE LATHOURAS, LISA CUBISINO, JACQUELINE PETRUZZELLI, ANTHONY PETRUZZELLI, ARTHUR CANARIO, GERALDINE BIEHL, JESUS RAMOS, and LUCAS SCHOORMANS,<br><br>                       Plaintiffs,<br>v.<br><br>THE KEITH HARING FOUNDATION, INC., THE KEITH HARING STUDIO LLC, THE ESTATE OF KEITH HARING, JULIA GRUEN, KRISTEN HARING, GILBERT VAZQUEZ, ALLEN HARING, TOM ECCLES, DAVID STARK, and JUDITH COX,<br><br>                       Defendants. | 1:14-cv-01085-DLC<br><br>STIPULATION FOR EXTENSION OF TIME CONCERNING DEFENDANTS' MOTION TO DISMISS THE SECOND CONSOLIDATED AMENDED COMPLAINT<br><br>[DOCUMENT ELECTRONICALLY ...]<br>9/8/2014 |

WHEREAS Defendants filed a Motion to Dismiss the Second Consolidated Amended Complaint on August 29, 2014, which included a 50 page memorandum of law, one affidavit with one exhibit, and one declaration with 12 exhibits (the "Motion").

WHEREAS Plaintiffs have requested that Defendants agree to extend the deadline for opposing the Motion from September 12, 2014 to September 26, 2014.

WHEREAS the parties have also conferred regarding a corresponding increase in the time by which Defendants would file their reply papers on the Motion, originally due September 19, given that Defendants have not yet seen any of the arguments Plaintiffs intend to make in their opposition.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel to the parties in the above-captioned action, that the date by which Plaintiffs must file their opposition to Defendants' Motion is September 26, 2014.

IT IS FURTHER STIPULATED AND AGREED that the date by which Defendants must file their reply on the Motion is October 17, 2014.

This is the first request for an extension of time on the opposition and reply briefs.

| BROWER PIVEN, | PROSKAUER ROSE LLP |
| A Professional Corporation | |
| | |
| */s/ Brian C. Kerr* | */s/ Margaret A. Dale* |
| Brian C. Kerr | Sarah S. Gold |
| 475 Park Avenue South, 33rd Floor | Margaret A. Dale |
| New York, NY 10016 | Q. Jennifer Yang |
| Phone: 212.501.9000 | Eleven Times Square |
| Fax: 212.501.0300 | New York, NY 10036 |
| Email: kerr@browerpiven.com | Phone: 212.969.3000 |
| | Fax: 212.969.2900 |
| *Attorneys for Plaintiffs* | Email: sgold@proskauer.com |
| | Email: mdale@proskauer.com |
| | Email: jyang@proskauer.com |
| | |
| | *Attorneys for Defendants* |

**SO ORDERED** this 8th day of September, 2014.

_____
Honorable Denise L. Cote
United States District Judge